KEITH E. EGGLETON, State Bar No. 159842
MAURA L. REES, State Bar No. 191698
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com; mrees@wsgr.com; aweibell@wsgr.com

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE VARGAS JR., an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: C 07-03802 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Keith E. Eggleton, Maura L. Rees and Anthony J. Weibell

3  hereby enter their appearance as counsel of record for Defendant Netflix, Inc.  Copies of all

4  pleadings, papers and notices should be served as follows:

> Keith E. Eggleton (keggleton@wsgr.com)
> Maura L. Rees (mrees@wsgr.com)
> Anthony J. Weibell (aweibell@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA  94304-1050
> Telephone:  (650) 493-9300
> Facsimile:  (650) 565-5100

Dated:  October 10, 2007                         WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


                                                 By:   /s/ Maura L. Rees
                                                       Maura L. Rees

                                                 Attorneys for Defendant Netflix, Inc.

NOTICE OF APPEARANCE
CASE NO. C 07-03802 WHA                   -2-