THE TERRELL LAW GROUP
REGINALD TERRELL, ESQ. SB# 127874
223 25th Street
Richmond, CA 94804
Telephone:   510-237-9700
Facsimile:   510-237-4616


AMAMGBO & ASSOCIATES
DONALD AMAMGBO, ESQ.
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone:   510-615-6000
Facsimile:   510-615-6025


Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VARGAS JR., on behalf of himself and all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX INC., et al.,<br><br>Defendants._____/ | CASE NO.: 07-cv-3802 WHA<br><br><br><br><br><br>DECLARATION OF JOSE VARGAS JR. DISMISSAL |

I, Jose Vargas Jr., declare the following:

I am the named plaintiff in the above captioned action and am a resident of Alameda County, California.

My attorney, Reginald Terrell, informs me the parties in this litigation have not reached an agreement under which defendants will pay plaintiffs as a class fund for distribution to class members to dismiss the above-entitled action against defendants without prejudice. However, I wish to dismiss this action without prejudice.

1       I have not received any consideration of any kind, direct or indirect, for agreeing to this
2 dismissal.
3       I declare under penalty of perjury pursuant to the laws of this state and of the United States
4 of America that the above is true and correct.
5 Dated: 10-16-2007                                                                 
                                      JOSE VARGAS JR.