KEITH E. EGGLETON, State Bar No. 159842
MAURA L. REES, State Bar No. 191698
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
E-mail: keggleton@wsgr.com; mrees@wsgr.com; aweibell@wsgr.com

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE VARGAS JR., an individual, on his own behalf and on behalf of all similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | CASE NO.:  C 07-03802 WHA<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT BY NETFLIX, INC.** |

1   On October 16, 2007, Plaintiff Jose Vargas Jr. filed a notice of his intent to voluntarily
2   dismiss this action. A Case Management Conference is on calendar for October 25, 2007.
3   Netflix, Inc. ("Netflix") will attend the Case Management Conference unless the Court instructs
4   otherwise. Netflix's position on the case is that, in light of the Court's recent orders in the
5   related action *In re Netflix Antitrust Litigation*, No. 07-00643 WHA, this action should likewise
6   be dismissed on such terms as the Court deems appropriate.[1]

8   Dated: October 18, 2007                WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:  /s/ Maura L. Rees
                                                    Maura L. Rees

                                            Attorneys for Defendant Netflix, Inc.

---

[1] In light of the dismissal notice filed by plaintiff on October 16, Netflix is not addressing the full list of issues that are usually included in case management statements. Netflix sent a draft of this statement to plaintiff's counsel to provide plaintiff the opportunity to join or add to the statement, but has not received a response.

NETFLIX'S CMC STMT
CASE NO. C 07-03802 WHA                  -2-                              3218873_1.DOC