IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VARGAS JR., on behalf of himself and all other similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., et al.,<br><br>Defendants. | No. C 07-03802 WHA<br><br>**ORDER RE DECLARATION OF DISMISSAL** |

The Court has received plaintiffs' declaration of dismissal in this action. This action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: October 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE